IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-CV-134-GCM

| | |
|---|---|
| DANIEL E. BRITTAIN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LENOVO (UNITED STATES), INC., | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to pending motions in this matter, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **March 11, 2019.**

IT IS SO ORDERED.

Signed: November 6, 2018

Graham C. Mullen
United States District Judge