# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Daniel E. Brittain**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00134-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Motorola Mobility, LLC**,** | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2019 Order.

August 2, 2019

_____
Frank G. Johns, Clerk
United States District Court